IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-336 |
| | ) |
| EMIR CASTANO-LOPEZ, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of September, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 17, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, September 24, 2008 at 11:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Ross E. Lenhardt,
    Assistant United States Attorney

    Jay J. Finkelstein,
    Assistant Federal Public Defender

    Ana Lahr,
    Court Interpreter

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation